```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20339
   MELVA M MATTHEWS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7998

-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/31/2007 and was confirmed 01/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
PERSONAL FINANCE CO        SECURED VEHIC     900.00            .00         500.00
PERSONAL FINANCE CO        UNSECURED         130.00            .00            .00
EMC MORTGAGE CORP          CURRENT MORTG        .00            .00            .00
EMC MORTGAGE CORP          MORTGAGE ARRE        .00            .00            .00
EMC MORTGAGE               NOTICE ONLY    NOT FILED            .00            .00
EMC MORTAGE                NOTICE ONLY    NOT FILED            .00            .00
PAUL D LAWENT              NOTICE ONLY    NOT FILED            .00            .00
PERSONAL FINANCE CO        NOTICE ONLY    NOT FILED            .00            .00
SAXON MORTGAGE             CURRENT MORTG        .00            .00            .00
SAXON MORTGAGE             MORTGAGE ARRE    6399.68            .00            .00
ADVOCATE SOUTH SUBURBAN    UNSECURED     NOT FILED            .00            .00
ARONSON FURNITURE          NOTICE ONLY    NOT FILED            .00            .00
PEKAY & BLITSTEIN PC       NOTICE ONLY    NOT FILED            .00            .00
AT&T BROADBAND             UNSECURED     NOT FILED            .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          78.00            .00            .00
RMI/MCSI                   UNSECURED         100.00            .00            .00
NW COLLECTOR               UNSECURED     NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         566.34            .00            .00
FREEDMAN ANSELMO LINDBER   NOTICE ONLY    NOT FILED            .00            .00
MELANIE FITNESS CENTER     UNSECURED     NOT FILED            .00            .00
MONTEREY FINANCIAL         UNSECURED     NOT FILED            .00            .00
NICOR GAS                  UNSECURED     NOT FILED            .00            .00
OAK LAWN RADIOLOGY IMAGI   UNSECURED     NOT FILED            .00            .00
PROVENA HEALTH             UNSECURED     NOT FILED            .00            .00
ISAC                       UNSECURED       28591.15            .00            .00
USA PAYDAY                 NOTICE ONLY    NOT FILED            .00            .00
WOMEN S WORKOUT WORLD      UNSECURED     NOT FILED            .00            .00
PEKAY & KAPLAN             SECURED NOT I     224.86            .00            .00
PEKAY & KAPLAN             UNSECURED         100.00            .00            .00
EMC MORTGAGE CORPORATION   UNSECURED            .00            .00            .00
IL CATALOG SALES INC       UNSECURED     NOT FILED            .00            .00
EMC MORTGAGE CORPORATION   UNSECURED       31855.32            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 20339 MELVA M MATTHEWS
```

```
CITY OF CHICAGO PARKING    UNSECURED              60.00                  .00              .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY         3,500.00                                716.25
TOM VAUGHN                 TRUSTEE                                                     102.99
DEBTOR REFUND              REFUND                                                      484.62

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     1,803.86

PRIORITY                                                   .00
SECURED                                                 500.00
UNSECURED                                                  .00
ADMINISTRATIVE                                          716.25
TRUSTEE COMPENSATION                                    102.99
DEBTOR REFUND                                           484.62
                          ---------------        ---------------
TOTALS                      1,803.86                  1,803.86
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 10/29/08                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE